■ In the Matter of RALPH RUSSO et al., Respondents, v CITY OF NEW YORK, Appellant. — Appeal by the City of New York from an order of the Supreme Court, Kings County (Morton, J.), dated June 3, 1980, which granted petitioners' application for leave to file a late notice of claim. Order reversed, on the law, without costs or disbursements, and motion denied. It was an improvident exercise of discretion to grant the application which was made eight months after the accident. The papers disclose two claimed accident sites some distance from each other on streets which do not intersect and it appears that the city had no knowledge of the claimed accident within this period. Hopkins, J.P., Mangano, Margett and Thompson, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FIORE FARINO, Appellant. — Two judgments of the Supreme Court, Suffolk County (Canudo, J.), both rendered May 20, 1980, affirmed. No opinion. This case is remitted to the Supreme Court, Suffolk County, for further proceedings pursuant to CPL 460.50 (subd 5). Rabin, J.P., Gulotta, Cohalan and Bracken, JJ., concur.